B1 (Official Form 1)(04/13)

| UNITED STATES BANKRUPTCY COURT<br>**SOUTHERN DISTRICT OF NEW YORK** | **VOLUNTARY PETITION** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**NY AFFORDABLE HOUSING ALBANY ASSOCIATES LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): **26-2855109** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**600 THIRD AVENUE, 2ND FLOOR**<br>**NEW YORK, New York**<br>ZIP CODE **10016** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**NEW YORK** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**3044 ALBANY CRESCENT, BRONX, NEW YORK** | ZIP CODE **10463** |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check one box.) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☒ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☒ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☒ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☒ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (04/13)

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **NY AFFORDABLE HOUSING ALBANY ASSOCIATES LLC** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location<br>Where Filed: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: **VAN CORTLANDT VILLAGE LLC, ET. AL.** | Case Number: **12-20000** | Date Filed: **January 31, 2012** |
|---|---|---|
| District: **S.D.N.Y.** | Relationship: **AFFILIATE** | Judge: **ROBERT D. DRAIN** |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)     (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☐  No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): NY AFFORDABLE HOUSING ALBANY |
| *(This page must be completed and filed in every case.)* | ASSOCIATES LLC |

| Signatures | |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney***

X /S/ A. MITCHELL GREENE
   Signature of Attorney for Debtor(s)
   A. MITCHELL GREENE
   Printed Name of Attorney for Debtor(s)
   See Attachment 1
   Firm Name

   875 THIRD AVENUE, 9TH FLOOR
   NEW YORK, New York 10022
   Address
   (212) 603-6300
   Telephone Number

   _____
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
   Signature

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Authorized Individual
   RCR REALTY ADVISORS, LLC BY ITS MANAGING MEMBER, DAVID GOLDWASSER
   Printed Name of Authorized Individual
   MANAGING MEMBER
   Title of Authorized Individual

   _____
   Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# Attachment

**Attachment 1**

ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

In re:                                              Chapter 11

**NY AFFORDABLE HOUSING
ALBANY ASSOCIATES, LLC,**                           Case No.: 13

Debtor.
------------------------------------------------------X

## <u>CERTIFICATE OF RESOLUTION</u>

I, the undersigned, **DAVID GOLDWASSER**, as the Managing Member of GC REALTY

ADVISORS, LLC, the Managing Member of **NY AFFORDABLE HOUSING ALBANY**

**ASSOCIATES, LLC** Company, (the "Company"), do hereby certify that at a meeting of the

Company duly called and held, the following resolutions were adopted and recorded in the

Minute Book of the Company, and they have not been modified or rescinded, and are still in full

force and effect:

> **"RESOLVED,** that in the judgment of the Company it is desirable and in the best interest of the Company, its creditors, members and other interested parties, that a petition be filed by the Company for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and it is further

> **"RESOLVED,** that the form of petition under Chapter 11 presented to this meeting is approved and adopted in all respects, and that David Goldwasser, as the Managing Member of GC Realty Advisors, LLC, the Managing Member of the Company, is authorized to execute and verify a petition substantially in such form and to cause the same to be filed with the United States Bankruptcy Court for the Southern District of New York at such time as he shall determine; and it is further

> **"RESOLVED,** that David Goldwasser, as the Managing

{00622190.DOC;1 }

Member of GC Realty Advisors, LLC, the Managing Member of
the Company, is authorized to execute and file all petitions,
reorganization schedules, lists and other papers and to effectuate
the filing of the Chapter 11 case, and, in that connection, that the
firm of Robinson Brog Leinwand Greene Genovese & Gluck P.C.
be retained and employed as legal counsel for the Company under
a general retainer, in addition to such special counsel as may
hereafter become necessary or proper with a view to the successful
conclusion of such Chapter 11 case."

**IN WITNESS WHEREOF,** I have hereunto set my hand and seal of the Company this

26th day of July, 2013.

> **NY AFFORDABLE HOUSING ALBANY
> ASSOCIATES, LLC**
>
> **By: GC REALTY ADVISORS, LLC,
> MANAGING MEMBER**
>
> By:/s/ David Goldwasser
> **DAVID GOLDWASSER, MANAGING MEMBER**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

In re:                                              Chapter 11

**NY AFFORDABLE HOUSING
ALBANY ASSOCIATES, LLC,**                           Case No.: 13

Debtor.
------------------------------------------------------X

### AFFIRMATION PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

**David Goldwasser**, affirms as follows:

1.      I am the Managing Member of GC REALTY ADVISORS, LLC, the

MANAGING MEMBER of **NY AFFORDABLE HOUSING ALBANY ASSOCIATES,**

**LLC** (the "Debtor").  I am fully familiar with the facts set forth herein, and am authorized to

make this Affirmation on behalf of the Debtor.

2.      The Debtor owns the real property located at 3044 Albany Crescent, Bronx,

New York 10463 which property is an apartment building with thirty-six (36) residential

apartments.

3.      No pre-petition committee was organized prior to the Order for relief.

4.      The Debtor's Secured Creditors are:

87-3044 LLC
137 MONTAGUE STREET
SUITE 152
BROOKLYN, NY 11201
MAN 402-12 LLC
37 WEST 38TH STREET
NEW YORK, NY 10018

{00622191.DOC;1 }

NYC DEPARTMENT OF
FINANCE
ATTN: LEGAL
AFFAIRS - DEVORA
COHN, 345 ADAMS
STREET, 3RD FL
BROOKLYN, NY 11201

NYC DEPARTMENT OF
ENVIRONMENTAL
PROTECTION
58-17 JUNCTION
BOULEVARD
13TH FLOOR
FLUSHING, NY 11373

5.      The names and addresses of the twenty largest unsecured creditors, excluding

insiders, appears on Schedule "A" to this Affidavit.

6.      To the best of my knowledge, there is one suit pending against the Debtor:

Man 402-12 LLC v. NY Affordable Housing Albany Associates, LLC, et. al., Index No.

380158/2011, Supreme Court of New York, Bronx County, and the Debtor has appealed the

decision made therein.

7       The purpose of filing this petition is to preserve the assets of the Debtor for the

benefit of the creditors and equity holders, and to preserve priorities of creditors.

8.      The estimated amount of payroll due to the Debtor's employees, excluding

officers, for a period of thirty days following the filing of the petition is $0.  No salaries are

currently being paid to Debtor's officers.

9.      The Debtor's real property is under the possession of a receiver and therefore

the Debtor cannot accurately estimate its income and expenses until the receiver of the

property turns over possession of the property and books and records, however the Debtor's

best estimated budget for income and expenses through August 31, 2013 is as follows:

Rental Income          $52,661

Expenses

Water          $4,191

Taxes          $8,826

Fuel           $400 (hot water only)

Insurance      $2,219

Repairs        $3,032

Supplies       $2,037

Electric       $719

Tenant Legal: $250

Total Expenses:     $21,674

Total Net Profit:      $30,987

10.    The Debtor's financial difficulties were caused by, among other things, the

general economic climate, and excessive default interest rates alleged by the Debtor's secured

creditor, Man 402-12 LLC, making it difficult for the Debtor to pay its debts as they came

due.

11.    The Debtor has made no public offering of its securities and no securities
issued by the Debtor are publicly held.

Dated: New York, New York
       July 26, 2013

                              **NY AFFORDABLE HOUSING ALBANY
                              ASSOCIATES, LLC**

                              **By: GC REALTY ADVISORS, LLC,
                              MANAGING MEMBER**


                              By:/s/ David Goldwasser
                                 **DAVID GOLDWASSER, MANAGING MEMBER**

B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re  NY AFFORDABLE HOUSING ALBANY ASSOCIATES LLC, 

Debtor

Case No. _____

Chapter _____  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| 87-3044, LLC 137 MONTAGUE STREET SUITE 152 BROOKLYN, NEW YORK 11201 | | | | $1,102,406.61 |
| 87-3044, LLC 137 MONTAGUE STREET SUITE 152 BROOKLYN, NEW YORK 11201 | | | | $787,200.00 |
| EAST COAST FUEL 580 NEWARK AVENUE ELIZABETH, NEW JERSEY 07208 | | | This claim is disputed. | $43,029.00 |
| GOLDBERG & RIMBERG, PLLC 115 BROADWAY NEW YORK, NEW YORK 10006 | | | | $17,526.25 |
| PHILLIPS NIZER LLP 666 5TH AVENUE NEW YORK, NEW YORK 10103 | | | This claim is unliquidated. | $8,000.00 |

B 4 (Official Form 4) (12/07)

| | | | | |
|---|---|---|---|---|
| NEIL RISCHALL<br>2294 NOSTRAND AVENUE<br>BROOKLYN, NEW YORK 11210 | | | | $4,285.00 |
| INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, Pennsylvania 19114 | UNITED STATES ATTORNEY'S OFFICE SOUTHERN DISTRICT OF NEW YORK, ATTN: TAX & BANKRUPTCY UNIT, 86 CHAMBERS STREET, THIRD FLOOR, NEW YORK, NEW YORK 1007 | taxes and certain other debts owed to governmental units | This claim is contingent, unliquidated, and disputed. | $0.00 |
| NEW YORK STATE DEPARTMENT OF FINANC BANKRUPTCY/SPECIAL PROCEDURES SECT, P.O. BOX 5300<br>ALBANY, New York 12205-0300 | OFFICE OF THE ATTORNEY GENERAL<br>THE CAPITOL<br>ALBANY, New York 12224 | taxes and certain other debts owed to governmental units | This claim is contingent, unliquidated, and disputed. | $0.00 |
| NYC DEPARTMENT OF FINANCE ATTN: LEGAL AFFAIRS - DEVORA COHN, 345 ADAMS STREET, 3RD FL BROOKLYN, New York 11201 | CORP. COUNSEL FOR NEW YORK CITY (52 DUANE STREET, NEW YORK, New York 10007)<br>52 DUANE STREET NEW YORK, New York 10007 | taxes and certain other debts owed to governmental units | This claim is contingent, unliquidated, and disputed. | $0.00 |
| NYC WATER BOARD<br>PO BOX 410<br>NEW YORK, New York 10008-0410 | | taxes and certain other debts owed to governmental units | This claim is contingent, unliquidated, and disputed. | $0.00 |

B 4 (Official Form 4) (12/07)

| | | | |
|---|---|---|---|
| NYS UNEMPLOYMENT INSURANCE FUND P.O. BOX 551 ALBANY, New York 12201 | | taxes and certain other debts owed to governmental units | This claim is contingent, unliquidated, and disputed. | $0.00 |
| NEW YORK CITY DEPARTMENT OF BUILDINGS 280 BROADWAY 7TH FLOOR NEW YORK, NEW YORK 10007 | NEW YORK CITY DEPARTMENT OF BUILDINGS 1932 ARTHUR AVENUE 5TH FLOOR BRONX, NEW YORK 10457 | taxes and certain other debts owed to governmental units | This claim is contingent, unliquidated, and disputed. | $0.00 |
| NYC DEPARTMENT OF FINANCE ATTN: LEGAL AFFAIRS - DEVORA COHN, 345 ADAMS STREET, 3RD FL BROOKLYN, New York 11201 | CORP. COUNSEL FOR NEW YORK CITY (52 DUANE STREET, NEW YORK, New York 10007) 52 DUANE STREET NEW YORK, New York 10007 | SECURED TAX CLAIM | | $44,379.00 Value of Security: $44,379.00 |

Date: July 26, 2013

_____
Debtor

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, GC REALTY ADVISORS, LLC BY ITS MANAGING MEMBER, DAVID GOLDWASSER, ***Debtor corporate signatory type MC*** of NY AFFORDABLE HOUSING ALBANY ASSOCIATES LLC named as the debtor in this case, declare under penalty of perjury that I have read the foregoing ***Bankruptcy document name TE*** and that it is true and correct to the best of my information and belief.

Date: July 26, 2013

GC REALTY ADVISORS, LLC BY ITS
MANAGING MEMBER, DAVID
GOLDWASSER, ***Debtor corporate signatory
type MC***

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## SOUTHERN DISTRICT OF NEW YORK

In re **NY AFFORDABLE HOUSING ALBANY ASSOCIATES LLC** _____ ,   Case No. _____
         Debtor

Chapter _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | | | $ 3,500,000.00 | | |
| B - Personal Property | | | $ 156,270.49 | | |
| C - Property Claimed as Exempt | | | | | |
| D - Creditors Holding Secured Claims | | | | $ 1,676,504.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | | | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | | | | $ 1,962,446.86 | |
| G - Executory Contracts and Unexpired Leases | | | | | |
| H - Codebtors | | | | | |
| I - Current Income of Individual Debtor(s) | NO | | | | $ |
| J - Current Expenditures of Individual Debtors(s) | NO | | | | $ |
| TOTAL | | 0 | $ 3,656,270.49 | $ 3,638,950.86 | |

B6A (Official Form 6A) (12/07)

In re  **NY AFFORDABLE HOUSING ALBANY**
　　　**ASSOCIATES LLC,** _____            Case No. _____
　　　　　　　　　　　　　Debtor                                              (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | Husband, Wife, Joint, or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| REAL PROPERTY AND IMPROVEMENTS LOCATED AT 3044 ALBANY CRESCENT, BRONX, NEW YORK 10463<br><br>VALUE IS ESTIMATED AND SUBJECT TO APPRAISAL BY A COURT OF COMPETENT JURISDICTION | Fee Owner | | $3,500,000.00 | |
| | | Total ▶ | $3,500,000.00 | |

(Report also on Summary of Schedules.)

B 6B (Official Form 6B) (12/2007)

In re NY AFFORDABLE HOUSING ALBANY ASSOCIATES
LLC, _____        Case No. _____
                   Debtor                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

B 6B  (Official Form 6B) (12/2007)

In re **NY AFFORDABLE HOUSING ALBANY ASSOCIATES LLC**,                    Case No. _____

_____
Debtor                                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| | | | | |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | RENT RECEIVABLES AS OF 1/31/13<br><br>VALUE IS BASED ON BOOK VALUE AND SUBJECT TO APPRAISAL BY A COURT OF COMPETENT JURISDICTION | | $156,270.49 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

B 6B  (Official Form 6B) (12/2007)

In re **NY AFFORDABLE HOUSING ALBANY ASSOCIATES**
LLC,
_____
Debtor

Case No. _____
(If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| | | | | |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | BOILERS AND OTHER EQUIPMENT USED ON DEBTOR'S REAL PROPERTY<br><br>VALUE IS UNKNOWN AND SUBJECT TO APPRAISAL BY A COURT OF COMPETENT JURISDICTION | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

2 continuation sheets attached          Total ▶
(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

$156,270.49

B 6D (Official Form 6D) (12/07)

In re NY AFFORDABLE HOUSING ALBANY ASSOCIATES LLC _____,   Case No. _____
                          **Debtor**                                         (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**MAN 402-12 LLC**<br>**37 WEST 38TH STREET**<br>**NEW YORK, NY 10018** | X | | MORTGAGE<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 3044 ALBANY CRESCENT, See Attachment 1<br>VALUE $**$3,500,000.00** | | X | X | **$1,600,000.00** | |
| Additional Contacts for MAN 402-12 LLC:<br><br>CLAUDE CASTRO & ASSOCIATES PLLC<br>444 MADISON AVENUE<br>SUITE 500<br>NEW YORK, NY 10022<br><br>MAN 402-12 LLC<br>57 WEST 38TH STREET<br>2ND FLOOR<br>NEW YORK , NY 10018 | | | | | | | | |
| ACCOUNT NO.<br>**NYC DEPARTMENT OF ENVIRONMENTAL PROTECTION**<br>**58-17 JUNCTION BOULEVARD**<br>**13TH FLOOR**<br>**FLUSHING, NY 11373** | | | SECURED WATER & SEWER CLAIM<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT See Attachment 2<br>VALUE $ **$3,500,000.00** | | | | **$32,125.00** | |
| ACCOUNT NO.<br>**NYC DEPARTMENT OF FINANCE**<br>**ATTN: LEGAL AFFAIRS - DEVORA COHN, 345 ADAMS STREET, 3RD FL**<br>**BROOKLYN, NY 11201** | | | SECURED TAX CLAIM<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 3044 ALBANY CRESCENT, See Attachment 3<br>VALUE $ **$3,500,000.00** | | | | **$44,379.00** | **$0.00** |

__1__  continuation sheets attached

| | | |
|---|---|---|
| Subtotal ▶<br>(Total of this page) | $ **1,676,504.00** | $ **0.00** |
| Total ▶<br>(Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B 6D (Official Form 6D) (12/07) – Cont.

NY AFFORDABLE HOUSING ALBANY
In re ASSOCIATES LLC                              ,        Case No. _____
_____
              **Debtor**                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Additional Contacts for NYC DEPARTMENT OF FINANCE: CORP. COUNSEL FOR NEW YORK CITY (52 DUANE STREET, NEW YORK, New York 10007) 52 DUANE STREET NEW YORK, NY 10007 | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no.__1__of__1__continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶ (Total(s) of this page)    $ 0.00    $ 0.00

Total(s) ▶ (Use only on last page)    $ 1,676,504.00    $ 0.00

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

# Attachment

**Attachment 1**

BRONX, NEW YORK 10463

VALUE IS ESTIMATED AND SUBJECT TO APPRAISAL BY A COURT OF COMPETENT JURISDICTION

**Attachment 2**

3044 ALBANY CRESCENT, BRONX, NEW YORK 10463

VALUE IS ESTIMATED AND SUBJECT TO APPRAISAL BY A COURT OF COMPETENT JURISDICTION

**Attachment 3**

BRONX, NEW YORK 10463

VALUE IS ESTIMATED AND SUBJECT TO APPRAISAL BY A COURT OF COMPETENT JURISDICTION

B 6E (Official Form 6E) (04/13)

In re **NY AFFORDABLE HOUSING ALBANY ASSOCIATES LLC** _____,          Case No._____
                                          Debtor                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**4**_____ continuation sheets attached

B 6E (Official Form 6E) (04/13) – Cont.

In re **NY AFFORDABLE HOUSING ALBANY ASSOCIATES LLC** _____ ,   Case No. _____
   Debtor                                   (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units** Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **Account No.** | | | | | | | | | |
| **INTERNAL REVENUE SERVICE P.O. BOX 7346 PHILADELPHIA, PA 19114** | | | FOR NOTICE PURPOSES ONLY | X | X | X | $0.00 | $0.00 | $0.00 |
| Additional Contacts for INTERNAL REVENUE SERVICE: | | | | | | | | | |
| **UNITED STATES ATTORNEY'S OFFICE SOUTHERN DISTRICT OF NEW YORK, ATTN: TAX & BANKRUPTCY UNIT, 86 CHAMBERS STREET, THIRD FLOOR, NEW YORK, NEW YORK 1007 \*\*\*Creditor priority additional mailing state RMC\*\*\*** | | | | | | | | | |
| **Account No.** | | | | | | | | | |
| **NEW YORK CITY DEPARTMENT OF BUILDINGS 280 BROADWAY 7TH FLOOR NEW YORK, NY 10007** | | | FOR NOTICE PURPOSES ONLY | X | X | X | $0.00 | $0.00 | $0.00 |

Sheet no. **1** of **4** continuation sheets attached to Schedule of Creditors Holding Priority Claims

|  | Subtotals▶ (Totals of this page) | $  0.00 | $  0.00 | $0.00 |
|---|---|---|---|---|
|  | Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
|  | Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

B 6E (Official Form 6E) (04/13) – Cont.

In re **NY AFFORDABLE HOUSING ALBANY ASSOCIATES LLC** _____,    Case No. _____
              Debtor                                           (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units** Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Additional Contacts for NEW YORK CITY DEPARTMENT OF BUILDINGS: | | | | | | | | | |
| **NEW YORK CITY DEPARTMENT OF BUILDINGS 1932 ARTHUR AVENUE 5TH FLOOR BRONX, NY 10457** | | | | | | | | | |
| Account No. **NEW YORK STATE DEPARTMENT OF FINANC BANKRUPTCY/SPECIAL PROCEDURES SECT, P.O. BOX 5300 ALBANY, NY 12205-0300** | | | FOR NOTICE PURPOSES ONLY | X | X | X | $0.00 | $0.00 | $0.00 |
| Additional Contacts for NEW YORK STATE DEPARTMENT OF FINANC: | | | | | | | | | |
| **OFFICE OF THE ATTORNEY GENERAL THE CAPITOL ALBANY, NY 12224** | | | | | | | | | |

Sheet no. **2** of **4** continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotals➤ (Totals of this page) | $ 0.00 | $ 0.00 | $0.00 |
|---|---|---|---|---|
| | Total➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Totals➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

B 6E (Official Form 6E) (04/13) -- Cont.

In re **NY AFFORDABLE HOUSING ALBANY ASSOCIATES LLC** _____ ,    Case No. _____

Debtor    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Certain Other Debts Owed to Governmental Units Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. NYC DEPARTMENT OF FINANCE ATTN: LEGAL AFFAIRS - DEVORA COHN, 345 ADAMS STREET, 3RD FL BROOKLYN, NY 11201 | | | FOR NOTICE PURPOSES ONLY | X | X | X | $0.00 | $0.00 | $0.00 |
| Additional Contacts for NYC DEPARTMENT OF FINANCE: CORP. COUNSEL FOR NEW YORK CITY (52 DUANE STREET, NEW YORK, New York 10007) 52 DUANE STREET NEW YORK, NY 10007 | | | | | | | | | |
| Account No. NYC WATER BOARD PO BOX 410 NEW YORK, NY 10008-0410 | | | FOR NOTICE PURPOSES ONLY | X | X | X | $0.00 | $0.00 | $0.00 |

Sheet no. **3** of **4** continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▸ (Totals of this page)     $ 0.00  |  $ 0.00  |  $0.00

Total▸ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)     $

Totals▸ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)     $    |    $

B 6E (Official Form 6E) (04/13) – Cont.

In re  **NY AFFORDABLE HOUSING ALBANY ASSOCIATES LLC**                    ,          Case No. _____
 　　　　　　　　Debtor                                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units** Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **Account No.** | | | | | | | | | |
| **NYS UNEMPLOYMENT INSURANCE FUND P.O. BOX 551 ALBANY, NY 12201** | | | FOR NOTICE PURPOSES ONLY | X | X | X | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. __4__ of __4__ continuation sheets attached to Schedule
of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals▶ (Totals of this page) | $　　　　0.00 | $　　　　0.00　　　　$0.00 |
| Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $　　　　0.00 | |
| Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $　　　　0.00　　　$　　　0.00 |

B 6F (Official Form 6F) (12/07)

In re **NY AFFORDABLE HOUSING ALBANY ASSOCIATES LLC**    ,    Case No. _____

Debtor                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *See instructions above.* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> 87-3044, LLC <br> 137 MONTAGUE STREET <br> SUITE 152 <br> BROOKLYN, NY 11201 | | | SECOND NOTE DATED JANUARY 1, 2008 | | | | $787,200.00 |
| ACCOUNT NO. <br><br> 87-3044, LLC <br> 137 MONTAGUE STREET <br> SUITE 152 <br> BROOKLYN, NY 11201 | | | FIRST NOTE DATED JANUARY 1, 2008 | | | | $1,102,406.61 |
| ACCOUNT NO. <br><br> EAST COAST FUEL <br> 580 NEWARK AVENUE <br> ELIZABETH, NJ 07208 | | | | | | X | $43,029.00 |
| ACCOUNT NO. <br><br> GOLDBERG & RIMBERG, PLLC <br> 115 BROADWAY <br> NEW YORK, NY 10006 | | | | | | | $17,526.25 |

Subtotal▶  $  **1,950,161.86**

<u>  1  </u> continuation sheets attached

Total▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **NY AFFORDABLE HOUSING ALBANY ASSOCIATES LLC** _____,    Case No. _____

Debtor    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **NEIL RISCHALL** <br> **2294 NOSTRAND AVENUE** <br> **BROOKLYN, NY 11210** | | | | | | | $4,285.00 |
| **ACCOUNT NO.** <br><br> **PHILLIPS NIZER LLP** <br> **666 5TH AVENUE** <br> **NEW YORK, NY 10103** | | | | | X | | $8,000.00 |
| | | | | | | | |
| | | | | | | | |

Sheet no._**1**_ of _**1**_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    **12,285.00**

Total▶    $    **1,962,446.86**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6G (Official Form 6G) (12/07)

In re NY AFFORDABLE HOUSING ALBANY ASSOCIATES LLC,      Case No. _____

Debtor        (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MICHAEL SEYMOUR<br>3044 ALBANY CRESCENT<br>APT 1A<br>BRONX, NY 10463 | Description: LEASE FOR APARTMENT 1A<br><br>Nature of Debtor's Interest: LESSOR |
| SANDRA ARIAS<br>3044 ALBANY CRESCENT<br>APT 1B<br>BRONX , NY 10463 | Description: LEASE FOR APARTMENT 1B<br><br>Nature of Debtor's Interest: LESSOR |
| CARLOS BARREZUTA<br>3044 ALBANY CRESCENT<br>BRONX , NY 10463 | Description: LEASE FOR APARTMENT 1C<br><br>Nature of Debtor's Interest: LESSOR |
| NANCY PORTES<br>3044 ALBANY CRESCENT<br>APT 1D<br>BRONX, NY 10463 | Description: LEASE FOR APARTMENT 1D<br><br>Nature of Debtor's Interest: LESSOR |
| GAMAL HANMOUDA<br>3044 ALBANY CRESCENT<br>BRONX, NY 10463 | Description: LEASE FOR APARTMENT 1E<br><br>Nature of Debtor's Interest: LESSOR |
| ANGEL RAMOS<br>3044 ALBANY CRESCENT<br>APT 1F<br>BRONX, NY 10463 | Description: LEASE FOR APARTMENT 1F<br><br>Nature of Debtor's Interest: LESSOR |
| ANTONIO ADELSA<br>3044 ALBANY CRESCENT<br>APT 1G<br>BRONX, NY 10463 | Description: LEASE FOR APARTMENT 1G<br><br>Nature of Debtor's Interest: LESSOR |
| JESSICA ELLIS<br>3044 ALBANY CRESCENT<br>APT 2A<br>BRONX, NY 10463 | Description: LEASE FOR APARTMENT 2A<br><br>Nature of Debtor's Interest: LESSOR |
| NELSON IRIZARRY<br>3044 ALBANY CRESCENT<br>APT 2B | Description: LEASE FOR APARTMENT 2B<br><br>Nature of Debtor's Interest: LESSOR |

B 6G (Official Form 6G) (12/07)

In re NY AFFORDABLE HOUSING ALBANY ASSOCIATES
LLC,                                          Case No. _____
_____                    _____
            Debtor                                      (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| BRONX, NY 10463 | |
| ANGELA INOA<br>3044 ALBANY CRESCENT<br>APT 2C<br>BRONX, NY 10463 | Description: LEASE FOR APARTMENT 2C<br><br>Nature of Debtor's Interest: LESSOR |
| MARIA PEREZ<br>3044 ALBANY CRESCENT<br>APT 2D<br>BRONX, NY 10463 | Description: LEASE FOR APARTMENT 2D<br><br>Nature of Debtor's Interest: LESSOR |
| JAHAIRA POLANCO<br>3044 ALBANY CRESCENT<br>APT 2E<br>BRONX, NY 10463 | Description: LEASE FOR APARTMENT 2E<br><br>Nature of Debtor's Interest: LESSOR |
| ANGELA RODRIGUEZ<br>3044 ALBANY CRESCENT<br>APT 2F<br>BRONX, NY 10463 | Description: LEASE FOR APARTMENT 2F<br><br>Nature of Debtor's Interest: LESSOR |
| CLAUDIO MIESES<br>3044 ALBANY CRESCENT<br>APT 2G<br>BRONX, NY 10463 | Description: LEASE FOR APARTMENT 2G<br><br>Nature of Debtor's Interest: LESSOR |
| WILLIAM RIGIA<br>3044 ALBANY CRESCENT<br>APT 3A<br>BRONX, NY 10463 | Description: LEASE FOR APARTMENT 3A<br><br>Nature of Debtor's Interest: LESSOR |
| RALPH PLUMMER<br>3044 ALBANY CRESCENT<br>APT 3B<br>BRONX, NY 10463 | Description: LEASE FOR APARTMENT 3B<br><br>Nature of Debtor's Interest: LESSOR |
| MARTHA FERNANDEZ<br>3044 ALBANY CRESCENT<br>APT 3C<br>BRONX, NY 10463 | Description: LEASE FOR APARTMENT 3C<br><br>Nature of Debtor's Interest: LESSOR |

B 6G (Official Form 6G) (12/07)

In re NY AFFORDABLE HOUSING ALBANY ASSOCIATES
LLC,                                                          Case No. _____
_____
            Debtor                                                          (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MARTHA FERNANDEZ<br>3044 ALBANY CRESCENT<br>APT 3C<br>BRONX, NY 10463 | Description: LEASE FOR APARTMENT 3C<br><br>Nature of Debtor's Interest: LESSOR |
| JOANNA LAUREANO<br>3044 ALBANY CRESCENT<br>APT 3D<br>BRONX, NY 10463 | Description: LEASE FOR APARTMENT 3D<br><br>Nature of Debtor's Interest: LESSOR |
| VELENISS INOA<br>3044 ALBANY CRESCENT<br>APT 3E<br>BRONX, NY 10463 | Description: LEASE FOR APARTMENT 3E<br><br>Nature of Debtor's Interest: LESSOR |
| ALICIA ABAD<br>3044 ALBANY CRESCENT<br>APT 3F<br>BRONX, NY 10463 | Description: LEASE FOR APARTMENT 3F<br><br>Nature of Debtor's Interest: LESSOR |
| MARTIN BATISTA<br>3044 ALBANY CRESCENT<br>APT 3G<br>BRONX, NY 10463 | Description: LEASE FOR APARTMENT 3G<br><br>Nature of Debtor's Interest: LESSOR |
| KELBY PEREZ<br>3044 ALBANY CRESCENT<br>APT 4A<br>BRONX, NY 10463 | Description: LEASE FOR APARTMENT 4A<br><br>Nature of Debtor's Interest: LESSOR |
| FAUSTO CABRERA<br>3044 ALBANY CRESCENT<br>APT 4B<br>BRONX, NY 10463 | Description: LEASE FOR APARTMENT 4B<br><br>Nature of Debtor's Interest: LESSOR |
| MARIA FUENTES<br>3044 ALBANY CRESCENT<br>APT 4C<br>BRONX, NY 10463 | Description: LEASE FOR APARTMENT 4C<br><br>Nature of Debtor's Interest: LESSOR |

B 6G (Official Form 6G) (12/07)

In re NY AFFORDABLE HOUSING ALBANY ASSOCIATES
LLC,                                              Case No. _____
_____
            Debtor                                           (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| EUNICE ARIES<br>3044 ALBANY CRESCENT<br>APT 4D<br>BRONX, NY 10463 | Description: LEASE FOR APARTMENT 4D<br><br>Nature of Debtor's Interest: LESSOR |
| JUAN PERALTA<br>3044 ALBANY CRESCENT<br>APT 4E<br>BRONX, NY 10463 | Description: LEASE FOR APARTMENT 4E<br><br>Nature of Debtor's Interest: LESSOR |
| WILLIAM DUNDON<br>3044 ALBANY CRESCENT<br>APT 4F<br>BRONX, NY 10463 | Description: LEASE FOR APARTMENT 4F<br><br>Nature of Debtor's Interest: LESSOR |
| SYLVIO VENTURA<br>3044 ALBANY CRESCENT<br>APT 4G<br>BRONX, NY 10463 | Description: LEASE FOR APARTMENT 4G<br><br>Nature of Debtor's Interest: LESSOR |
| MANUEL BREA<br>3044 ALBANY CRESCENT<br>APT 5A<br>BRONX, NY 10463 | Description: LEASE FOR APARTMENT 5A<br><br>Nature of Debtor's Interest: LESSOR |
| ROLANDO LANTIGUA<br>3044 ALBANY CRESCENT<br>APT 5B<br>BRONX, NY 10463 | Description: LEASE FOR APARTMENT 5B<br><br>Nature of Debtor's Interest: LESSOR |
| BLANCO BIENVENIDA<br>3044 ALBANY CRESCENT<br>APT 5C<br>BRONX, NY 10463 | Description: LEASE FOR APARTMENT 5C<br><br>Nature of Debtor's Interest: LESSOR |
| DANIELA MARIA<br>3044 ALBANY CRESCENT<br>APT 5D<br>BRONX, NY 10463 | Description: LEASE FOR APARTMENT 5D<br><br>Nature of Debtor's Interest: LESSOR |
| JUAN M. FELIX<br>3044 ALBANY CRESCENT<br>APT 5E | Description: LEASE FOR APARTMENT 5E<br><br>Nature of Debtor's Interest: LESSOR |

B 6G (Official Form 6G) (12/07)

In re NY AFFORDABLE HOUSING ALBANY ASSOCIATES
LLC, _____      Case No. _____
                  Debtor                                        (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| BRONX, NY 10463 | |
| MILENIA POLANCO<br>3044 ALBANY CRESCENT<br>APT 5F<br>BRONX, NY 10463 | Description: LEASE FOR APARTMENT 5F<br><br>Nature of Debtor's Interest: LESSOR |
| CATALINA REYES<br>3044 ALBANY CRESCENT<br>APT 5G<br>BRONX, NY 10463 | Description: LEASE FOR APARTMENT 5G<br><br>Nature of Debtor's Interest: LESSOR |
| JULIAN DURAN<br>3044 ALBANY CRESCENT<br>BASEMENT<br>BRONX, NY 10463 | Description: LEASE FOR BASEMENT APARTMENT<br><br>Nature of Debtor's Interest: LESSOR |

B 6H (Official Form 6H) (12/07)

In re **NY AFFORDABLE HOUSING ALBANY ASSOCIATES**
___LLC,___ _____      Case No. _____
                        **Debtor**                                    **(if known)**

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| MARILYN KRAMER<br>316 ELMWOOD AVENUE<br>BROOKLYN, NY 11230<br><br>MARK SCWARTZ<br>459 COLUMBUS AVENUE<br>SUITE 700<br>NEW YORK, NY 10024<br><br>CHAYIM KIRCHENBAUM<br>459 COLUMBUS AVENUE<br>SUITE 700<br>NEW YORK, NY 10024<br><br>SAMUEL SINGER<br>240 OCEAN PARKWAY<br>SUITE 240-A<br>BROOKLYN, NY 11218 | MAN 402-12 LLC<br>37 WEST 38TH STREET<br>NEW YORK, NY 10018 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **NY AFFORDABLE HOUSING ALBANY ASSOCIATES LLC** _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ , Case No. _____
              Debtor                                                                (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __13__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **July 26, 2013** _____          Signature: _____
                                                                                          Debtor

Date _____          Signature: _____
                                                                                          (Joint Debtor, if any)

*[If joint case, both spouses must sign.]*

----------------------------------------------------------------
**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any,            Social Security No.
of Bankruptcy Petition Preparer                          *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X_____                          _____
  Signature of Bankruptcy Petition Preparer                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

----------------------------------------------------------------
### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

**GC REALTY ADVISORS, LLC BY ITS MANAGING MEMBER DAVID GOLDWASSER,**

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the **DEBTOR** _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __13__ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date __7/26/2013_____          Signature: _____

**GC REALTY ADVISORS, LLC BY ITS MANAGING MEMBER, DAVID GOLDWASSER,    THE MANAGING MEMBER**
[Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

----------------------------------------------------------------
*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In Re:  NY AFFORDABLE HOUSING
ALBANY ASSOCIATES LLC,
Debtor

Case No.

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with
Rule 1007, Fed. R. Bank. P. for filing in this Chapter 11 case.

| Security Holder's Registered Name and Last Known Address or Place of Business | Class of Security | Number of Securities or Percentage | Kind of Interest |
|---|---|---|---|
| GC REALTY ADVISORS, LLC 2255 GLADES ROAD, SUITE 324A BOCA RATON, FLORIDA 33431 | | 49% | MEM. INT. |
| MARK SCHWARTZ 459 COLUMBUS AVENUE, SUITE 700 NEW YORK, NEW YORK 10024 | | 25.5% | MEM. INT. |
| CHAYIM KIRSCHENBAUM 459 COLUMBUS AVENUE, SUITE 700 NEW YORK, NEW YORK 10024 | | 25.5% | MEM. INT. |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, GC REALTY ADVISORS, LLC BY ITS MANAGING MEMBER, DAVID GOLDWASSER, MANAGING MEMBER of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing **List of Equity Security Holders** and that it is true and correct to the best of my information and belief.

Date: July 26, 2013        Signature: _____

Printed Name: GC REALTY ADVISORS, LLC BY ITS MANAGING MEMBER, DAVID GOLDWASSER

Title: MANAGING MEMBER

**Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.**

B 7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re: NY AFFORDABLE HOUSING ALBANY
ASSOCIATES LLC _____     Case No _____
                      Debtor                                        (if known)

## STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

Debtor:
    Current Year (2013):
                                               TO BE PROVIDED

    Previous Year 1 (2012):

    Previous Year 2 (2011):
                                                 TO BE PROVIDED
                                             TO BE PROVIDED

Joint Debtor:
    N/A

### 2. Income other than from employment or operation of business

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☒

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
☒

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

Debtor:

None
☒

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| Debtor: MAN 402-12 LLC V. NY AFFORDABLE HOUSING ALBANY ASSOCIATES LLC, ET. AL. Case Number: 380158/2011 | FORECLOSURE | NEW YORK SUPREME BRONX COUNTY | DECISION APPEALED |

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None
☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**5. Repossessions, foreclosures and returns**

None
☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**6. Assignments and receiverships**

None
☒

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
☐

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |
| Debtor: HOWARD VARGAS MEADOWLAND STREET DELMAR, NEW YORK 12054 | NEW YORK SUPREME COURT BRONX COUNTY Case Title: MAN 402-12 LLC V. NY AFFORDABLE HOUSING ASSOCIATES, LLC, ET. AL. Case Number: 380158/2011 | March 7, 2011 | DEBTOR'S REAL PROPERTY Value: $3,500,000.00 |

**7. Gifts**

None ☒

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ☒

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Debtor:<br>ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.<br>875 THIRD AVENUE<br>NEW YORK, NEW YORK 10022 | 4/19/2013<br>6/28/2013<br><br>GC REALTY ADVISORS, LLC | $11,500.00<br>$10,000.00<br>WIRE TRANSFER FROM ATTORNEY ESCROW ACCOUNT |

**10. Other transfers**

None ☒

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, | | DESCRIBE PROPERTY TRANSFERRED AND |
|---|---|---|

RELATIONSHIP TO DEBTOR                    DATE              VALUE RECEIVED

None
☒

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11. Closed financial accounts**

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

---

**12. Safe deposit boxes**

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13. Setoffs**

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
☒

List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS
OF OWNER

DESCRIPTION AND
VALUE OF PROPERTY

LOCATION OF PROPERTY

**15. Prior address of debtor**

None
☐

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS

NAME USED

DATES OF OCCUPANCY

Debtor:
240 OCEAN PARKWAY, SUITE 4-A
BROOKLYN, NEW YORK 11218

NY AFFORDABLE HOUSING
ASSOCIATES LLC

2009

**16. Spouses and Former Spouses**

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites. "

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME<br>AND ADDRESS | NAME AND ADDRESS<br>OF GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME<br>AND ADDRESS | NAME AND ADDRESS<br>OF GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS<br>OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR<br>DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS<br>OF SOCIAL-SECURITY<br>OR OTHER INDIVIDUAL<br>TAXPAYER-I.D. NO<br>(ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF<br>BUSINESS | BEGINNING<br>AND<br>ENDING<br>DATES |
|---|---|---|---|---|
| Debtor:<br>NY<br>AFFORDABLE<br>HOUSING<br>ALBANY<br>ASSOCIATES,<br>LLC | 5109 /<br>26-2855109 | 600 THIRD AVENUE,<br>2ND FLOOR<br>NEW YORK, NEW<br>YORK 10016 | REAL ESTATE | Beginning Date:<br>06/25/2008<br>Ending Date:<br>N/A |

None
☒

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ☒   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                  DATES SERVICES RENDERED

Debtor:
N/A

None ☒   b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                    ADDRESS                    DATES SERVICES RENDERED

Debtor:
N/A

None ☒   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                              ADDRESS

Debtor:
N/A

None ☒   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                  DATE ISSUED

Debtor:
N/A

---

**20. Inventories**

None ☒   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

Debtor:
N/A

None
☒

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

Debtor:
N/A

---

**21. Current Partners, Officers, Directors and Shareholders**

None
☒

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

N/A

None
☐

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| GC REALTY ADVISORS, LLC 2255 GLADES ROAD, SUITE 324A BOCA RATON, FL 33431 | MANAGING MEMBER | MEMBERSHIP INTEREST 49 |
| MARK SCHWARTZ 459 COLUMBUS AVENUE, SUITE 700 NEW YORK, NEW YORK 10024 | MEMBER | MEMBERSHIP INTEREST 25.5 |
| CHAYIM KIRCHENBAUM 459 COUMBUS AVENUE, SUITE 700 NEW YORK, NEW YORK 10024 | MEMBER | MEMBERSHIP INTEREST 25.5 |

---

**22. Former partners, officers, directors and shareholders**

None
☒

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

N/A

None ☐   b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

N/A

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☒   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

N/A

---

**24. Tax Consolidation Group.**

None ☒   If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|

N/A

---

**25. Pension Funds.**

None ☒   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|

N/A

* * * * * *

---

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date July 26, 2013

Signature

Print Name and Title   GC REALTY ADVISORS, LLC BY ITS
MANAGING MEMBER DAVID GOLDWASSER
MANAGING MEMBER

11

0 continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Southern District of New York

In re **NY AFFORDABLE HOUSING**
    **ALBANY ASSOCIATES LLC**

      Debtor.

Case No.

Chapter  **11**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **See Attachment 1**_____ (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:


  **X**  All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

  **GC REALTY ADVISORS, LLC**


OR,

_____ There are no entities to report.


By:  /S/ A. MITCHELL GREENE
      **A. MITCHELL GREENE**
      Signature of Attorney

      Counsel for
      Bar no.:
      Address.: **875 THIRD AVENUE, 9TH FLOOR**
              **NEW YORK, New York 10022**

      Telephone No.: **(212) 603-6300**
      Fax No.:
      E-mail address:

# Attachment

Attachment 1
NY AFFORDABLE HOUSING ALBANY ASSOCIATES LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

**NY AFFORDABLE HOUSING ALBANY
ASSOCIATES LLC**

_____
Debtors

Case No. _____

Chapter  **11**  _____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:  _____7/26/2013_____

Signed:  _____
GC REALTY ADVISORS, LLC BY ITS
MANAGING MEMBER DAVID GOLDWASSER,
MANAGING MEMBER

Dated:  _____

Signed:  _____

Signed:  ____/S/ A. MITCHELL GREENE_____
**A. MITCHELL GREENE**
Attorney for Debtor(s)
Bar no.:
**875 THIRD AVENUE, 9TH FLOOR
NEW YORK, New York 10022**

Telephone No.: **(212) 603-6300**
Fax No.:
E-mail address:

NY AFFORDABLE HOUSING ALBANY ASSOCIATES,
600 THIRD AVENUE, 2ND FLOOR
NEW YORK, NY 10016


A. MITCHELL GREENE
875 THIRD AVENUE, 9TH FLOOR
NEW YORK, NY 10022


87-3044, LLC
137 MONTAGUE STREET
SUITE 152
BROOKLYN, NY 11201

ALICIA ABAD
3044 ALBANY CRESCENT
APT 3F
BRONX, NY 10463

ANGEL RAMOS
3044 ALBANY CRESCENT
APT 1F
BRONX, NY 10463

ANGELA INOA
3044 ALBANY CRESCENT
APT 2C
BRONX, NY 10463

ANGELA RODRIGUEZ
3044 ALBANY CRESCENT
APT 2F
BRONX, NY 10463

ANTONIO ADELSA
3044 ALBANY CRESCENT
APT 1G
BRONX, NY 10463

BLANCO BIENVENIDA
3044 ALBANY CRESCENT
APT 5C
BRONX, NY 10463

CARLOS BARREZUTA
3044 ALBANY CRESCENT
BRONX , NY 10463


CATALINA REYES
3044 ALBANY CRESCENT
APT 5G
BRONX, NY 10463


CHAYIM KIRCHENBAUM
459 COLUMBUS AVENUE
SUITE 700
NEW YORK, NY 10024


CHAYIM KIRSCHENBAUM
459 COLUMBUS AVENUE, SUITE 700
NEW YORK, NY 10024


CLAUDE CASTRO & ASSOCIATES PLLC
444 MADISON AVENUE
SUITE 500
NEW YORK, NY 10022


CLAUDIO MIESES
3044 ALBANY CRESCENT
APT 2G
BRONX, NY 10463


CORP. COUNSEL FOR NEW YORK CITY (52 DUAN
52 DUANE STREET
NEW YORK, NY 10007


DANIELA MARIA
3044 ALBANY CRESCENT
APT 5D
BRONX, NY 10463


EAST COAST FUEL
580 NEWARK AVENUE
ELIZABETH, NJ 07208

EUNICE ARIES
3044 ALBANY CRESCENT
APT 4D
BRONX, NY 10463

FAUSTO CABRERA
3044 ALBANY CRESCENT
APT 4B
BRONX, NY 10463

GAMAL HANMOUDA
3044 ALBANY CRESCENT
BRONX, NY 10463

GC REALTY ADVISORS, LLC
2255 GLADES ROAD, SUITE 324A
BOCA RATON, FL 33431

GOLDBERG & RIMBERG, PLLC
115 BROADWAY
NEW YORK, NY 10006

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19114

JAHAIRA POLANCO
3044 ALBANY CRESCENT
APT 2E
BRONX, NY 10463

JESSICA ELLIS
3044 ALBANY CRESCENT
APT 2A
BRONX, NY 10463

JOANNA LAUREANO
3044 ALBANY CRESCENT
APT 3D
BRONX, NY 10463

JUAN M. FELIX
3044 ALBANY CRESCENT
APT 5E
BRONX, NY 10463


JUAN PERALTA
3044 ALBANY CRESCENT
APT 4E
BRONX, NY 10463


JULIAN DURAN
3044 ALBANY CRESCENT
BASEMENT
BRONX, NY 10463


KELBY PEREZ
3044 ALBANY CRESCENT
APT 4A
BRONX, NY 10463


MAN 402-12 LLC
37 WEST 38TH STREET
NEW YORK, NY 10018


MAN 402-12 LLC
57 WEST 38TH STREET
2ND FLOOR
NEW YORK , NY 10018


MANUEL BREA
3044 ALBANY CRESCENT
APT 5A
BRONX, NY 10463


MARIA FUENTES
3044 ALBANY CRESCENT
APT 4C
BRONX, NY 10463


MARIA PEREZ
3044 ALBANY CRESCENT
APT 2D
BRONX, NY 10463

MARILYN KRAMER
316 ELMWOOD AVENUE
BROOKLYN, NY 11230


MARK SCHWARTZ
459 COLUMBUS AVENUE, SUITE 700
NEW YORK, NY 10024


MARK SCWARTZ
459 COLUMBUS AVENUE
SUITE 700
NEW YORK, NY 10024


MARTHA FERNANDEZ
3044 ALBANY CRESCENT
APT 3C
BRONX, NY 10463


MARTIN BATISTA
3044 ALBANY CRESCENT
APT 3G
BRONX, NY 10463


MICHAEL SEYMOUR
3044 ALBANY CRESCENT
APT 1A
BRONX, NY 10463


MILENIA POLANCO
3044 ALBANY CRESCENT
APT 5F
BRONX, NY 10463


NANCY PORTES
3044 ALBANY CRESCENT
APT 1D
BRONX, NY 10463


NEIL RISCHALL
2294 NOSTRAND AVENUE
BROOKLYN, NY 11210

NELSON IRIZARRY
3044 ALBANY CRESCENT
APT 2B
BRONX, NY 10463


NEW YORK CITY DEPARTMENT OF BUILDINGS
280 BROADWAY
7TH FLOOR
NEW YORK, NY 10007


NEW YORK CITY DEPARTMENT OF BUILDINGS
1932 ARTHUR AVENUE
5TH FLOOR
BRONX, NY 10457


NEW YORK STATE DEPARTMENT OF FINANC
BANKRUPTCY/SPECIAL PROCEDURES SECT, P.O.
ALBANY, NY 12205-0300


NYC DEPARTMENT OF ENVIRONMENTAL PROTECTI
58-17 JUNCTION BOULEVARD
13TH FLOOR
FLUSHING, NY 11373


NYC DEPARTMENT OF FINANCE
ATTN: LEGAL AFFAIRS - DEVORA COHN, 345 A
BROOKLYN, NY 11201


NYC WATER BOARD
PO BOX 410
NEW YORK, NY 10008-0410


NYS UNEMPLOYMENT INSURANCE FUND
P.O. BOX 551
ALBANY, NY 12201


OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY 12224

PHILLIPS NIZER LLP
666 5TH AVENUE
NEW YORK, NY 10103


RALPH PLUMMER
3044 ALBANY CRESCENT
APT 3B
BRONX, NY 10463


ROLANDO LANTIGUA
3044 ALBANY CRESCENT
APT 5B
BRONX, NY 10463


SAMUEL SINGER
240 OCEAN PARKWAY
SUITE 240-A
BROOKLYN, NY 11218


SANDRA ARIAS
3044 ALBANY CRESCENT
APT 1B
BRONX , NY 10463


SYLVIO VENTURA
3044 ALBANY CRESCENT
APT 4G
BRONX, NY 10463


UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NEW YORK, ATTN: TAX


VELENISS INOA
3044 ALBANY CRESCENT
APT 3E
BRONX, NY 10463


WILLIAM DUNDON
3044 ALBANY CRESCENT
APT 4F
BRONX, NY 10463

```
WILLIAM RIGIA
3044 ALBANY CRESCENT
APT 3A
BRONX, NY 10463
```