# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re** New York Affordable Housing Albany Associates, LLC | **Case No.** 13-20007 (RDD) |
| **Debtor** | **Reporting Period:** Jan-14 |
| | **Federal Tax I.D. #** 26-2855109 |

### SINGLE ASSET REAL ESTATE COMPANIES

**File with the Court and submit a copy to the United States Trustee within 15 days after the end of the month and+B41 submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (RE) | x | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | x | |
|    Copies of bank statements | | | |
|    Cash disbursements journals | | | |
| Statement of Operations | MOR-2 (RE) | x | |
| Balance Sheet | MOR-3 (RE) | x | |
| Summary of Unpaid Post-petition Debts | MOR-4 (RE) | x | |
|    Copies of tax returns filed during reporting period | | | |
| Rent Roll | MOR-5 (RE) | x | |
| Payments to Insiders and Professional | MOR-6 (RE) | x | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 (RE) | x | |
| Cash Flow Projection | MOR-7 (RE) | x | |
| Debtor Questionnaire | MOR-8 (RE) | x | |

**The Debtor's property was under the possession of a receiver and the Debtor is unable to provide information relating to the receivership aside from the annexed receiver reports**

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

| | |
|---|---|
| Signature of Debtor | Date |
| Signature of Authorized Individual* | Date 2/18/14 |
| Printed Name of Authorized Individual Gary J Gershuny | Date |
| _____, _____Urban Renaissance Management Group | |

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

**In re** New York Affordable Housing Albany Associates, LLC     **Case No.** 13-20007 (RDD)
**Debtor**     **Reporting Period:** Jan-14

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report,  the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the three bank account columns.  Attach copies of the bank statements and the cash disbursements journal.  The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be attached for each account.  [See MOR-1 (CON"T)]

| | BANK ACCOUNTS | | | |
|---|---|---|---|---|
| ACCOUNT NUMBER (LAST 4) | OPER | TAX | FUNDS FROM RECEIVER (IN RBL ESCROW) | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| **CASH BEGINNING  OF MONTH** | $87,522.21 | | 133248.46 | $220,770.67 |
| **RECEIPTS** | | | | |
| CASH  SALES (RENTS) | $26,096.64 | | | $26,096.64 |
| ACCOUNTS RECEIVABLE - PREPETITION | | | | $0.00 |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | | $0.00 |
| LOANS AND ADVANCES | | | | $0.00 |
| SALE  OF  ASSETS | | | | $0.00 |
| OTHER *(ATTACH LIST)* | | | | $0.00 |
| TRANSFERS *(FROM DIP ACCTS)* | | | | $0.00 |
| **TOTAL  RECEIPTS** | $26,096.64 | | | $26,096.64 |
| **DISBURSEMENTS** | | | | |
| NET PAYROLL | $750.00 | | | $750.00 |
| PAYROLL TAXES | | | | $0.00 |
| SALES, USE, & OTHER TAXES | $36,559.27 | | | $36,559.27 |
| INVENTORY PURCHASES | | | | $0.00 |
| SECURED/ RENTAL/ LEASES | | | | $0.00 |
| INSURANCE | | | | $0.00 |
| ADMINISTRATIVE | $62.00 | | | $62.00 |
| SELLING | | | | $0.00 |
| OTHER *(ATTACH LIST)* | $19,235.35 | | | $19,235.35 |
| OWNER DRAW * | | | | $0.00 |
| TRANSFERS *(TO DIP ACCTS)* | | | | $0.00 |
| PROFESSIONAL FEES | | | | $0.00 |
| U.S. TRUSTEE  QUARTERLY FEES | | | | $0.00 |
| COURT COSTS | | | | $0.00 |
| **TOTAL DISBURSEMENTS** | $56,606.62 | | | $56,606.62 |
| | | | | |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS | -$30,509.98 | | | -$30,509.98 |
| | | | | |
| CASH – END OF MONTH | $57,012.23 | | 133248.46 | $190,260.69 |

other expenses
Utilities-gas        15188.34
Utilites-ele          1587.51
Hardware a             959.5
Managemer             1500
                     19235.35

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE
First deposit made on 10/1/2013

**THE FOLLOWING SECTION MUST BE COMPLETED**
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH  ACTUAL COLUMN)

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | |
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | |

**In re** New York Affordable Housing Albany Associates,    **Case No.** 13-20007 (RDD)
    **Debtor**    **Reporting Period:**    Jan-14

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted
for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Operating | Tax | Other |
|---|---|---|---|
| | # | # | # |
| **BALANCE PER BOOKS** | $56,961.58 | | |
| | | | |
| **BANK BALANCE** | $56,961.58 | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | $0.00 | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | $0.00 | | |
| OTHER *(ATTACH EXPLANATION)* | | | |
| | | | |
| **ADJUSTED BANK BALANCE \*** | $56,961.58 | | |

\*"Adjusted Bank Balance" must equal "Balance per Books"

| **DEPOSITS IN TRANSIT** | Date | Date | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| **CHECKS OUTSTANDING** | Ck. # | Ck. # | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**OTHER**

_____
_____
_____
_____
_____

New York Affordable Housing Albany Associates, LLC                    Case No. 13-20007 (RDD)

| Debtor | Reporting Period: | Jan-14 |
|---|---|---|
| **INCOME** | MONTH | CUMULATIVE -FILING TO DATE |
| Rental Income | 40,405.93 | |
| Additional Rental Income | | |
| Common Area Maintenance Reimbursement | | |
| Total Income *(attach MOR-5 (RE) Rent Roll)* | 40,405.93 | |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Cleaning and Maintenance | 750.00 | |
| Commissions | | |
| Officer/Insider Compensation* | | |
| Insurance | | |
| Management Fees/Bonuses | 1500 | |
| Office Expense | 62.00 | |
| Other Interest | | |
| Repairs | 0.00 | |
| Supplies | | |
| Taxes - Real Estate | 36,609.27 | |
| Travel and Entertainment | | |
| Utilities | 8,522.85 | |
| Other *(attach schedule)* | | |
| Total Operating Expenses Before Depreciation | 47,444.12 | |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | -7,038.19 | |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income *(attach schedule)* | | |
| Interest Expense | | |
| Other Expense *(attach schedule)* | | |
| Net Profit (Loss) Before Reorganization Items | -7,038.19 | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | | |
| Gain (Loss) from Sale of Property | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | -7,038.19 | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

Please note that the above information is not inclusive of any income and expenses during Receiver's tenure

**BREAKDOWN OF "OTHER" CATEGORY**

OTHER OPERATIONAL EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

OTHER INCOME

| | | |
|---|---|---|
| | | |

**In re** New York Affordable Housing Albany Associates, LLC      **Case No.** 13-20007 (RDD)

    Debtor                **Reporting Period:**      Jan-14

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| *CURRENT ASSETS* | | | |
| Unrestricted Cash and Equivalents | $56,961.58 | n/a | |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | $101,159.98 | | |
| Accounts Receivable (Net) | $252,468.29 | | |
| Notes Receivable | | | |
| Prepaid Expenses | | | |
| Professional Retainers | | | |
| Other Current Assets *(attach schedule)* | $705.00 | | |
| *TOTAL CURRENT ASSETS* | $411,294.85 | | |
| *PROPERTY & EQUIPMENT* | | | |
| Real Property and Improvements | $3,500,000.00 | | |
| Machinery and Equipment | | | |
| Furniture, Fixtures and Office Equipment | | | |
| Leasehold Improvements | | | |
| Vehicles | | | |
| Less:  Accumulated Depreciation | | | |
| *TOTAL PROPERTY & EQUIPMENT* | $3,500,000.00 | | |
| *OTHER ASSETS* | | | |
| Amounts due from Insiders* | | | |
| Other Assets *(attach schedule)* | | | |
| *TOTAL OTHER ASSETS* | | | |
| *TOTAL ASSETS* | $3,911,294.85 | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | | |
| Accounts Payable | $35,964.01 | | |
| Taxes Payable *(refer to FORM MOR-4)* | | | |
| Notes Payable | | | |
| Rent / Leases - Building/Equipment | $0.00 | | |
| Secured Debt / Adequate Protection Payments | | | |
| Professional Fees | | | |
| Amounts Due to Insiders* | | | |
| Other Post-petition Liabilities *(attach schedule)* | | | |
| *TOTAL POST-PETITION LIABILITIES* | $35,964.01 | | |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | | |
| Secured Debt | $2,300,000.00 | | |
| Priority Debt | | | |
| Unsecured Debt | $1,962,446.86 | | |
| *TOTAL PRE-PETITION LIABILITIES* | $4,262,446.86 | | |
| *TOTAL LIABILITIES* | $4,298,410.87 | | |
| *OWNERS' EQUITY* | | | |
| Owner's Equity Account | ($387,116.02) | | |
| Retained Earnings - Pre-Petition | | | |
| Retained Earnings - Post-petition | | | |
| Adjustments to Owner Equity *(attach schedule)* | | | |
| Post-petition Contributions  *(attach schedule)* | | | |
| *NET OWNERS' EQUITY* | | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 3,911,294.85 | | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

| In re | New York Affordable Housing Albany Associates, LLC | Case No. | 13-20007 (RDD) |
|---|---|---|---|
| | Debtor | Reporting Period: | Jan-14 |

**BALANCE SHEET - continuation section**

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Current Assets | | | |
| electric depsoit | | | 705 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Other Assets | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Post-petition Liabilities | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Adjustments to Owner's Equity | | | |
| Please note that the balance sheet is currently estimated and will be updated as relevant information is received and processed | | | |
| | | | |
| | | | |
| Post-Petition Contributions | | | |
| | | | |
| | | | |
| | | | |

**In re** New York Affordable Housing Albany Associates, LLC     **Case No.** 13-20007 (RDD)
      **Debtor**                                                   **Reporting Period:**      Jan-14

## SUMMARY OF UNPAID POST-PETITION DEBTS

**Number of Days Past Due**

|  | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Mortgage |  |  |  |  |  |  |
| Rent |  |  |  |  |  |  |
| Secured Debt/Adequate Protection Payments |  |  |  |  |  |  |
| Professional Fees |  | 211.65 |  |  |  |  |
| Real Estate Taxes |  |  |  |  |  |  |
| Other Post-Petition debt *(list creditor)* |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| **Total Post-petition Debts** |  |  |  |  |  |  |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

_____

_____

_____

_____

In re New York Affordable Housing Albany Associates, LLC       Case No. 13-20007 (RDD)
    Debtor                                                 Reporting Period:     Jan-14

## RENT ROLL

A rent roll must be included for each property.  The debtor's rent roll may be substituted for this page.  Attach additional sheets as needed.

**Property:** 3044 Alban              See Attached PDF
**Square Footage:**

| Tenant | Unit # | Office Area | Warehouse Area | Total Sq. Ft. | % of Bldg. | Lease Type | Lease Term | Lease Start | Lease End | Monthly Rent | Annual Rent | Common Area Maint. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  | Totals |  |  |  |

In re New York Affordable Housing Albany Associ          Case No. 13-20007 (RDD)
    **Debtor**                                    **Reporting Period:**          Jan-14

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in
Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals.  For payments to insiders, identify the type of compensation paid
(e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.).  Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS TO INSIDERS | | | |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| None | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | | | | |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

### POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
### AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| MAN 402-12, LLC | $10,450 (due 11/1) | 10450 | 0 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | 10450 | 0 |

In re New York Affordable Housing Albany Associates, LLC                                        Case No. 13-20007 (RDD)
    Debtor                                                                                      Reporting Period:    Jan-14

## CASH FLOW PROJECTION FOR THE PERIOD _____ THROUGH _____

A cash flow projection must be included for each property.  The debtor's cash flow projection may be substituted for this page.  Attach additional sheets as needed.
This projection needs to be completed at the beginning of the case, every year, or when there are significant changes (i.e. tenant change, rent change, etc.)

Property: _____
Square Footage: _____

| | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME** | | | | | | | | | | | | |
| Rental Income | See budgets annexed to Cash Collateral Motion | | | | | | | | | | | |
| Additional Rental Income | | | | | | | | | | | | |
| Common Area Maintenance Reimbursement | | | | | | | | | | | | |
| Total Income | | | | | | | | | | | | |
| **OPERATING EXPENSES** | | | | | | | | | | | | |
| Advertising | | | | | | | | | | | | |
| Auto and Truck Expense | | | | | | | | | | | | |
| Cleaning and Maintenance | | | | | | | | | | | | |
| Commissions | | | | | | | | | | | | |
| Officer/Insider Compensation* | | | | | | | | | | | | |
| Insurance | | | | | | | | | | | | |
| Management Fees/Bonuses | | | | | | | | | | | | |
| Office Expense | | | | | | | | | | | | |
| Other Interest | | | | | | | | | | | | |
| Repairs | | | | | | | | | | | | |
| Supplies | | | | | | | | | | | | |
| Taxes - Real Estate | | | | | | | | | | | | |
| Travel and Entertainment | | | | | | | | | | | | |
| Utilities | | | | | | | | | | | | |
| Other (attach schedule) | | | | | | | | | | | | |
| Total Expenses | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| Debt Service | | | | | | | | | | | | |
| Professional Fees | | | | | | | | | | | | |
| U.S. Trustee Fees | | | | | | | | | | | | |
| Court Costs | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| Net Income | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| Tenant Improvements | | | | | | | | | | | | |
| Vacancy Allowance | | | | | | | | | | | | |
| Net Cash Flow | | | | | | | | | | | | |

In re New York Affordable Housing Albany Associates, LLC     Case No. 13-20007 (RDD)

Debtor     Reporting Period:     Dec-13

## DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 5 | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 6 | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 7 | Are any post petition receivables (accounts, notes or loans) due from related parties? | | X |
| 8 | Are any post petition State or Federal income taxes past due? | | X |
| 9 | Are any post petition real estate taxes past due? | | X |
| 10 | Are any other post petition taxes past due? | | X |
| 11 | Have any pre-petition taxes been paid during this reporting period? | | X |
| 12 | Are any amounts owed to post petition creditors delinquent? | | X |
| 13 | Have any post petition loans been been received by the Debtor from any party? | | X |
| 14 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 15 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| 16 | Have the owners or shareholders received any compensation outside of the normal course of business? | | X |

## CHASE ◆

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

January 01, 2014 through January 31, 2014
Account Number:  **000000991959883**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00077828 DRE 802 144 03214 NNNNYNYNNNN T  1 000000000 69 0000
NY AFFORDABLE HOUSING ALBANY
ASSOCIATES LLC DIP CASE 13-20007
C/O GCRE ADVISORS
2255 GLADES RD STE 324A
BOCA RATON FL 33431-8571



## We will update your Deposit Account Agreement

Effective March 23, 2014, we will be updating your agreement, including:

- How we determine the exchange rate that we use for foreign-currency transactions. See the "Transactions in a Foreign Currency" section.

- How we handle demands for payment by another Chase customer whose item you cashed or deposited with us. See "Our right to charge back deposited or cashed checks."

- That we use the description of Returned Item fee if we decide to pay an item after we initially decide to return it. See "Insufficient funds, Returned Item, and Extended Overdraft fees."

- Why we may block or delay transactions or restrict an account to protect you or us or to comply with legal requirements. See "Restricting your account; blocking or delaying transactions."

All other terms and conditions remain the same. For a copy of your agreement, log on to chase.com or visit a branch. If you have questions, please call us at the telephone number listed on this statement or visit your nearest Chase branch.

## CHECKING SUMMARY    Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$88,532.21** |
| Deposits and Additions | 12 | 28,707.18 |
| Checks Paid | 9 | - 5,807.01 |
| Electronic Withdrawals | 4 | - 51,798.25 |
| Fees and Other Withdrawals | 3 | - 2,672.55 |
| **Ending Balance** | **28** | **$56,961.58** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/07 | Deposit    1284694100 | $5,555.17 |
| 01/10 | Deposit    1284694103 | 6,603.85 |
| 01/10 | Deposit    1284694102 | 2,209.28 |
| 01/10 | Deposit    1284694101 | 366.50 |
| 01/15 | Deposit    1284694104 | 4,193.38 |
| 01/15 | Deposit    1284694105 | 1,600.00 |
| 01/21 | Deposit    1284694111 | 6,874.36 |
| 01/21 | Deposit    1284694106 | 366.50 |



January 01, 2014 through January 31, 2014

Account Number:    **000000991959883**

## DEPOSITS AND ADDITIONS    *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/28 | Deposit      1284694109 | 400.00 |
| 01/28 | Deposit      1284694110 | 366.50 |
| 01/31 | Miscellaneous Fee Reversal | 38.00 |
| 01/31 | Deposit      1284694107 | 133.64 |
| **Total Deposits and Additions** | | **$28,707.18** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 2    ^ | | 01/31 | $770.34 |
| 3    ^ | | 01/03 | 260.00 |
| 4    ^ | | 01/09 | 750.00 |
| 6  * ^ | | 01/09 | 1,500.00 |
| 7    ^ | | 01/22 | 83.74 |
| 8    ^ | | 01/22 | 575.09 |
| 9    ^ | | 01/23 | 959.50 |
| 11  * ^ | | 01/22 | 750.00 |
| 13  * ^ | | 01/30 | 158.34 |
| **Total Checks Paid** | | | **$5,807.01** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 01/06 | American Express ACH Pmt   W1412 | Web ID: 2005032111 | $36,559.27 |
| 01/21 | Fedchex- Main Ac Preauthpmt Fedchex | CCD ID: 1330980261 | 0.65 |
| 01/27 | American Express ACH Pmt   W0592 | Web ID: 2005032111 | 15,188.33 |
| 01/29 | American Express ACH Pmt   W2780 | Web ID: 2005032111 | 50.00 |
| **Total Electronic Withdrawals** | | | **$51,798.25** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | | | AMOUNT |
|------|-------------|---|---|--------|
| 01/17 | Deposited Item Returned | 000104387 | # of Items00002 | $2,610.55 |
| 01/17 | Deposit Item Returned Fee: 01 | 000104387 | # of Items00002 | 24.00 |
| 01/29 | Check OR Supply  Order | PPD ID: 1410216800 | | 38.00 |
| **Total Fees & Other Withdrawals** | | | | **$2,672.55** |

The monthly service fee of $12.00 was waived this period because you maintained a monthly minimum balance of $1,500.00 or more.

# CHASE ◆

January 01, 2014 through January 31, 2014

Account Number:  **000000991959883**



## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
| 01/03 | $88,272.21 | 01/22 | 73,187.95 |
| 01/06 | 51,712.94 | 01/23 | 72,228.45 |
| 01/07 | 57,268.11 | 01/27 | 57,040.12 |
| 01/09 | 55,018.11 | 01/28 | 57,806.62 |
| 01/10 | 64,197.74 | 01/29 | 57,718.62 |
| 01/15 | 69,991.12 | 01/30 | 57,560.28 |
| 01/17 | 67,356.57 | 01/31 | 56,961.58 |
| 01/21 | 74,596.78 | | |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------|------|
| Checks Paid / Debits | 13 |
| Deposits / Credits | 11 |
| Deposited Items | 37 |
| **Transaction Total** | **61** |

| SERVICE FEE CALCULATION | AMOUNT |
|------|------|
| Service Fee | $12.00 |
| Service Fee Credit | -$12.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |

## CHASE ⬡

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1.  **Write in the Ending Balance shown on this statement:**          Step 1 Balance:  $_____

2.  **List and total all deposits & additions  not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| ____ | _____ | ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ | ____ | _____ |

                                                                                 Step 2 Total:  $_____

3.  **Add Step 2 Total to Step 1 Balance.**                          Step 3 Total:  $_____

4.  **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

                                                                                 Step 4 Total:  -$_____

5.  **Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:**        $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
•  Your name and account number
•  The dollar amount of the suspected error
•  A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



**JPMorgan Chase Bank, N.A. Member FDIC**