**ROBINSON BROG LEINWAND GREENE**      **HEARING DATE AND TIME:**
  **GENOVESE & GLUCK P.C.**     **May 29, 2014 at 10:00 a.m.**
875 Third Avenue
New York, New York 10022
A. Mitchell Greene
*Attorneys for the Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:

**NY AFFORDABLE HOUSING ALBANY ASSOCIATES, LLC,**

                Debtor.

-----------------------------------------------------------X

   Chapter 11

   Case No: 13-20007 (RDD)

### NOTICE OF DEBTOR'S MOTION FOR ENTRY OF ORDER EXTENDING EXCLUSIVE RIGHT TO SOLICIT ACCEPTANCES WITH RESPECT TO A PLAN OF REORGANIZATION AND FOR RELATED RELIEF

**PLEASE TAKE NOTICE,** that upon the annexed application of **NY Affordable Housing Albany Associates, LLC** (the "Debtor"), by its counsel, **Robinson Brog Leinwand Greene Genovese & Gluck P.C.**, dated May 2, 2014, a hearing (the "Hearing") will be held before **Honorable Robert D. Drain, United States Bankruptcy Judge**, at the **United States Bankruptcy Court, Southern District of New York, White Plains Division, 300 Quarropas Street, White Plains, New York 10601,** on **May 29, 2014 at 10:00 a.m.**, or as soon thereafter as counsel can be heard, for entry of an order extending the periods for which it has the exclusive right to solicit acceptances with respect to a plan of reorganization and for such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief sought in the

{00673964.DOCX;1 }

application, must be in writing setting forth the facts and authorities upon which an objection is based, filed with the Clerk of the United States Bankruptcy Court, Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, with a copy to Chambers, provided, however, that pursuant to *general order* No. M-399 re Electronic Case Filing Procedures (as amended from time to time), entities with Internet access shall file objections (formatted in the Adobe Acrobat file format) at http://www.nysb.uscourts.gov, and served so as to be received by the attorneys for Debtor, Robinson Brog Leinwand Greene Genovese & Gluck P.C., 875 Third Avenue, 9th Floor, New York, New York 10022, attention: A. Mitchell Greene, Esq., and the Office of the United States Trustee for the Southern District of New York, 201 Varick Street, Room 1006, New York, New York 10004, Attention: Andrea Schwartz, Esq. no later than **seven (7) days** prior to the Hearing.

**PLEASE TAKE FURTHER NOTICE**, that the Hearing may be adjourned from time to time without further notice except by announcement of such adjournment in open court on the date scheduled for the Hearing.

**DATED:**    New York, New York
May 2, 2014

        **ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**
        **Attorneys for the Debtor**
        875 Third Avenue
        New York, New York 10022
        (212) 603-6300

        **By: /s/ A. Mitchell Greene**
            A. Mitchell Greene